**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DARRELL D. DEBNAM
       Plaintiff(s)

v.                      CIVIL ACTION NO. 10-11025-GAO

FEDEX HOME DELIVERY,
a division of FEDEX GROUND PACKAGING SYSTEM, INC.
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE    U.S.D.J.

____    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's Order, dated September 27, 2013, defendant's motion for summary judgment [34] is GRANTED as to Counts II and III, the only remaining counts in the complaint. Judgment is entered in favor of the defendant.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 9/27/13                    By /s/ Paul Lyness
                                                               Deputy Clerk